

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00110-CV

IN THE INTEREST OF H.H., A CHILD

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2001-514,345, Honorable Leslie Hatch, Presiding

May 6, 2014

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On August 1, 2013, appellant, Gregory,[1] filed a motion to dismiss his appeal. No decision of this Court having been delivered to date, we hereby grant his motion without passing on the merits of the case. Accordingly, we dismiss Gregory's appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

If dismissal will prevent appellee, the Texas Department of Family and Protective Services, from seeking relief to which it would otherwise be entitled, the Court directs the Department to file a timely motion for rehearing. Having dismissed the appeal at

---

[1] We refer to appellant as "Gregory" to protect the identity of the child. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014); TEX. R. APP. P. 9.8(b).

Gregory's request, the Court will not entertain a motion for rehearing filed on behalf of appellant.


                              Mackey K. Hancock
                              Justice